IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDDIE FURMAN,**

    **Plaintiff,**

v.                                        **CASE NO.  4:13-cv-535-MW/CAS**

**WALTER LEE MONEY,**
**in his official capacity as**
**Sheriff, Liberty County,**
**Florida,**

    **Defendant.**

_____/

**ORDER GRANTING MOTION TO EXTEND
ALL DEADLINES FOR 120 DAYS AND
LEAVE TO FILE AMENDED COMPLAINT**

This Court has considered, without hearing, Plaintiff's Unopposed Motion to Extend All Deadlines for One Hundred Twenty (120) Days and Unopposed Motion for Leave to File Amended Complaint, ECF No. 11, filed May 13, 2014.  The motions are **GRANTED**.   By separate order this Court shall enter an Amended Scheduling and Mediation Order.  Plaintiff shall file his amended complaint on or before **May 30, 2014**.

    SO ORDERED on May 14, 2014.

                                             **s/Mark E. Walker**
                                             **United States District Judge**

1